UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Noroc Partners, LLC, et al., §<br>  *Plaintiffs*, §<br> §<br>v. §<br> §<br>Benjamin Ponder and Amy Ponder, §<br>  *Defendants*. § | Case No. 1:25-cv-00655-ADA-SH |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower concerning Defendants' Partial Motion to Dismiss Plaintiffs' First Amended Complaint. Dkt. 19. Judge Hightower issued her report and recommendation on August 27, 2025. *Id.* at 17. Plaintiffs and Defendants both filed objections to the report and recommendation on September 11, 2025. Dkts. 20, 21.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b)(1)(C). A district court need not, however, conduct a de novo review when the objections are frivolous, conclusive, or general in nature. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987).

Because the parties timely objected to the report and recommendation, the Court has conducted an independent review of the record in this cause and has conducted a de novo review with respect to those matters raised by the parties. After

1

due consideration, the Court concludes that the objections lack merit and adopts the report and recommendation.

Accordingly, the Court **GRANTS IN PART and DENIES IN PART** Defendants' Partial Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 11). The Court **GRANTS** the motion to dismiss (1) Plaintiffs' Section 24.006(b) TUFTA claim against Defendant Amy Ponder, and (2) all of Plaintiff Noroc Partners, LLC's TUFTA claims against Defendants, but the Court **DENIES** the motion to dismiss as to all other claims.

**SIGNED** on September 15, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE